IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00769-MSK-KMT

TARA SCHOLES,

    Plaintiff,

v.

PINNACLE FINANCIAL GROUP INCORPORATED, a Minnesota corporation,

    Defendant.

---

## ORDER DIRECTING CLERK TO CLOSE CASE

---

THIS MATTER comes before the Court on the Notice of Settlement (**#11**) filed by the parties on June 19, 2008. In view of the Notice,

**IT IS ORDERED** that the Clerk is directed to close this case.

DATED this 20th day of June, 2008.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge